IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRENDA HARRISON,

    Plaintiff,

vs.        CASE NO. 5:04mc03/RS

JOHN THOMAS WRAY PROPERTIES;
JOHN THOMAS WRAY; and RICHARD
BUCKHANTZ,

    Defendants.
_____/

## ORDER

Before me is Plaintiff's Motion For Entry Of Default Judgment (Doc. 47).

Case No. 5:04mc03 was dismissed by the Order dated April 15, 2008 (Doc. 22). Subsequently, the suit which had been previously filed by Plaintiff against Defendants in the United States District Court for the Northern District of Florida was transferred to this court and was assigned Case No. 5:08cv327/RS-EMT (which denotes that the case was filed in Panama City Division). First, Plaintiff's motion should have been filed in that case, not the present case which has previously been dismissed by this court. Second, as Defendants point out, there is no showing that Plaintiff has properly obtained jurisdiction over the Defendants. Plaintiff's Motion For Entry of Default Judgment must be denied because she has filed her motion in the wrong case and because this court lacks jurisdiction over the Defendants.

**IT IS ORDERED** that Plaintiff's Motion For Entry Of Default Judgment (Doc. 47) is denied.

**ORDERED** on December 9, 2008.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**